IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

No.
**SEALED DOCUMENTS - Level II**

**MOTION TO SEAL**

NOW COMES Thomas P. Colantuono, United States Attorney for the District of New Hampshire, and hereby moves that the attached documents be sealed under Level II. The documents relate to an administrative inspection warrant. Unsealing the documents prior to and following the execution of the inspection warrant would jeopardize the underlying investigation or cause evidence to be destroyed.

No brief or memorandum is deemed necessary under the circumstances.

WHEREFORE, the government respectfully moves that the aforementioned documents be sealed for one year.

Respectfully submitted,

THOMAS P. COLANTUONO
United States Attorney

By: /s/ John J. Farley
John J. Farley
Assistant U.S. Attorney
Pa. Bar # 71242
United States Attorney's Office
53 Pleasant Street
Concord, New Hampshire  03301
(603) 225-1552
John.Farley@usdoj.gov

DATED: June 3, 2005